No. 86–1491.  POINTON v. OKLAHOMA ET AL.  Ct. App. Okla. Certiorari denied.

No. 86–1515.  HING ET UX. v. MCELHANON ET UX.  Sup. Ct. Ariz.  Certiorari denied.

No. 86–1535.  CARTER v. PURYEAR ET AL.  C. A. 4th Cir. Certiorari denied.

No. 86–1550.  POSNER v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 86–1558.  GANT v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 86–1580.  GONZALEZ-CALLES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 86–1582.  GUZZINO ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 86–5361.  WASHINGTON v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 86–5744.  KING v. UNITED STATES;
No. 86–5745.  MARTIN v. UNITED STATES; and
No. 86–5746.  TAYLOR, AKA ROBERTS v. UNITED STATES. C. A. 11th Cir.  Certiorari denied.  Reported below: 792 F. 2d 1019.

No. 86–6248.  KABAT v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 86–6319.  MOONEY v. QUINLAN ET AL.  C. A. 3d Cir. Certiorari denied.

No. 86–6387.  BURNS v. EDWARDS.  C. A. 6th Cir.  Certiorari denied.

No. 86–6397.  LOPEZ v. UNITED STATES; and
No. 86–6589.  NADIR ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Reported below: 803 F. 2d 969.

No. 86–6469.  WARD v. MICHIGAN.  Sup. Ct. Mich.  Certiorari denied.

No. 86–6476.  BLANDIN v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.